IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 4:23-cr-3 (CDL) |
| v. | : | VIOLATIONS: |
| QUENTIN ANDERSON<br>Defendant | : | 18 U.S.C. § 1512(a)(2)(A)<br>18 U.S.C. § 1512 (a)(3)<br>18 U.S.C. § 1512(b)(3)<br>18 U.S.C. § 1512(d)(1)<br>18 U.S.C. § 1512(j)<br>18 U.S.C. § 1513(b)(2) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (WITNESS TAMPERING)

On or about February 5, 2023, in the Columbus Division of the Middle District of Georgia, the defendant,

**QUENTIN ANDERSON,**

used threats of physical force against a person identified by initials M.L., whose identity is known to the Grand Jury, by threatening bodily harm and death, with the intent to influence, delay, and prevent the testimony of M.L. in an official proceeding, and in connection with a trial in a criminal case, 4:22-CR-5, in the Middle District of Georgia, in violation of Title 18, United States Code, Section 1512(a)(2)(A), and 1512(j).

1

## COUNT TWO
## (WITNESS TAMPERING)

On or about February 5, 2023, in the Columbus Division of the Middle District of Georgia, the defendant,

## QUENTIN ANDERSON,

did knowingly corruptly persuade and attempt to corruptly persuade M.L., a person whose identity is known to the Grand Jury, by instructing M.L. to never speak with law enforcement and to not repeat the cycle of snitching, with the intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a federal offense regarding Interference with Commerce by Robbery, and in connection with a trial in a criminal case, 4:22-CR-5, in the Middle District of Georgia in violation of Title 18, United States Code, Section 1512(b)(3) and 1512(j).

## COUNT THREE
## (WITNESS TAMPERING)

Between on or about January 25, 2023 and February 8, 2023, in the Columbus Division of the Middle District of Georgia, the defendant,

## QUENTIN ANDERSON,

did intentionally harass another person identified by initials M.L., whose identity is known to the Grand Jury, and did thereby hinder, delay, prevent, and dissuade, and did attempt to hinder, delay, prevent, and dissuade M.L. from attending and testifying in an official proceeding, in connection with a trial in a criminal case, 4:22-

CR-5, in the Middle District of Georgia, in violation of Title 18, United States Code, Section 1512(d)(1) and 1512(j).

## COUNT FOUR
## (OBSTRUCTING JUSTICE BY RETALIATING AGAINST A WITNESS)

On or about February 5, 2023, in the Columbus Division of the Middle District of Georgia, the defendant,

**QUENTIN ANDERSON,**

did knowingly threaten to cause bodily injury to M.L. whose identity is known to the Grand Jury, with the intent to retaliate against M.L. for information given by M.L. to a law enforcement officer relating to the commission and possible commission of a federal offense regarding Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1513(b)(2).

A TRUE BILL

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY


PETER D. LEARY
UNITED STATES ATTORNEY

Presented by:

FoR CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY


Filed in open court this 15th day of February, 2023.