IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL NO. 4:23-CR-3 (CDL-MSH) |
| | : |
| QUENTIN ANDERSON, | : |
| | : |
| Defendant. | : |
| _____ | : |

## MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and moves the Court, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, to grant leave to the government to dismiss the Indictment against the defendant. In support thereof, the government shows the following:

1.

On February 15, 2023, a federal grand jury returned a four-count indictment against Defendant. ECF No 1. He appeared for his initial appearance and arraignment on February 23, 2023. ECF No. 9.

2.

Pursuant to a plea agreement, Defendant pled guilty on February 24, 2023 in a related case, 4:22-CR-5. ECF No. 80. In exchange for his plea of guilty in case 4:22-CR-5, the Government agreed to dismiss the above captioned case.

3.

The Government therefore moves the Court, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, to grant leave to dismiss the Indictment against Quentin Anderson.

Respectfully submitted, this 24th day of February, 2023.

                PETER D. LEARY
                UNITED STATES ATTORNEY

BY:   *s/Chris Williams*
       CHRISTOPHER WILLIAMS
       Assistant United States Attorney
       Georgia Bar No. 344049
       U.S. Attorney's Office
       P. O. Box 2568
       Columbus, Georgia 31902
       Phone: (706) 649-7700
       Fax: (706) 649-7667